UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA M. BARRETT**  **PETITIONER**
ADC# 170022

V.        CASE NO. 4:23-CV-00983-JM

**DEXTER PAYNE,**
Director, ADC        **RESPONDENT**

## ORDER

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore, along with timely objections. After careful review of the objections and a *de novo* review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT Petitioner Joshua M. Barrett's Petition for Writ of Habeas Corpus, (Doc. 1), and Amended Petition for Writ of Habeas Corpus, (Doc. 11), are DISMISSED in their entirety, with prejudice, as untimely. A certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 2nd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE