UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA M. BARRETT**  **PETITIONER**
**ADC# 170022**

V.   CASE NO. 4:23-CV-00983-JM

**DEXTER PAYNE,**
**Director, ADC**   **RESPONDENT**

**JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed with prejudice.

All relief sought is denied, and the case is closed.

DATED this 2nd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE