UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA M. BARRETT**                                                                                           **PETITIONER**
**ADC# 170022**

**V.**                                              **CASE NO. 4:23-CV-00983-JM**

**DEXTER PAYNE,**
**Director, ADC**                                                                                                    **RESPONDENT**

### ORDER

Pending is Petitioner's request for the issuance of a certificate of appealability. (Doc. No. 25). The Court previously adopted the Recommended Disposition of U.S. Magistrate Judge Benecia Moore, including the recommendation that a certificate of appealability be denied. (Doc. Nos. 18, 23). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."[1] The Court finds no such showing put forth by Petitioner.

IT IS THEREFORE ORDERED THAT Joshua M. Barrett's request for the issuance of a certificate of appealability (Doc. No. 25) is DENIED.

IT IS SO ORDERED this 21st day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 2253(c)(2).